**Opinion issued October 21, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00398-CV

————————————

## IN RE DEERBROOK MALL, LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Deerbrook Mall, LLC, has filed a petition for writ of mandamus, challenging the trial court's orders requiring relator to produce documents requested by real party in interest, the Harris County Appraisal District.[1]

---

[1]  The underlying case is *Deerbrook Mall, LLC v. Harris County Appraisal District*, Cause No. 2013-49637, in the 11th District Court of Harris County, Texas, the Honorable Mike D. Miller presiding.

We deny the petition. We vacate this Court's order, issued on May 15, 2014, staying the trial court's February 24, 2014 and April 7, 2014 orders in cause number 2013-49637.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.